# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAY DAVID FORD,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL GREENBERG, et al.,<br><br>Defendants. | Case No. CV 22-08339 VBF (RAO)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's First Amended Complaint, Dkt. No. 14, the Magistrate Judge's Report and Recommendation ("Report"), issued March 23, 2023, Dkt. No. 16, Plaintiff's Objections to the Report, Dkt. No. 17, and all of the other records and files herein. Further, the Court has made a *de novo* determination of those portions of the Report to which objections have been made. The Court is not persuaded by Plaintiff's objections and hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

Accordingly, IT IS ORDERED that this action is DISMISSED with prejudice.

DATED: July 13, 2023

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE