JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAY DAVID FORD,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL GREENBERG, et al.,<br><br>Defendants. | Case No. CV 22-08339 VBF (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATED: July 13, 2023

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE